**FILED**
**ASHEVILLE, N.C.**

MAR 2 8 2007

**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:04mj20 |
| | ) | |
| vs. | ) | **ORDER TO UNSEAL SEARCH WARRANT** |
| | ) | |
| 103 Vineyard Road, Old Fort, | ) | |
| North Carolina | ) | |
| _____ | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the search warrant in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 27 day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE